No. 20-6380

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| SCOTT A. HARDIN, | ) | |
| | ) | FILED |
| Plaintiff-Appellant, | ) | Jun 25, 2021 |
| | ) | DEBORAH S. HUNT, Clerk |
| v. | ) | O R D E R |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |
| | ) | |

UPON CONSIDERATION that the panel to which this case has been assigned is aware that a case with issues similar to those in the instant case has been accepted for review by the En Banc Court of the Sixth Circuit, and that this case has been removed from the July argument calendar,

It is hereby ORDERED, *sua sponte,* that this case be held in abeyance pending the resolution of en banc review of Case No. 19-1298, *Gun Owners of America, Inc. et al. v. Garland, et al.* The Clerk's Office is directed to track the progress of Case No. 19-1298, and report back to the panel upon its conclusion.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk